

## NUMBER 13-18-00026-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**RAUL ALCALA AND YAZMIN ALCALA,**                    **Appellants,**

**v.**

**REPUBLIC LLOYDS,**                                            **Appellee.**

---

### On appeal from the 445th District Court
### of Cameron County, Texas.

---

# ORDER

### Before Justices Longoria, Hinojosa, and Rodriguez[1]

---

[1] The Honorable Nelda V. Rodriguez, former Justice of this Court, was a member of the panel at the time this case was submitted but did not participate in this decision because her term of office expired on December 31, 2018.

## Order Per Curiam

We previously abated this appeal pending resolution by the Texas Supreme Supreme Court of two cases for which petitions for review were granted: *Barbara Technologies Corp. v. State Farm Lloyds*, No. 04-1600420-CV, 2017 WL 1423714 (Tex. App.—San Antonio Apr. 19, 2017), *rev'd*, No. 17-0640 (Tex. June 28, 2019) *available at* http://www.txcourts.gov/media/1444300/170640.pdf and *Ortiz v. State Farm Lloyds*, No. 04-17-00252-CV, 2017 WL 5162315 (Tex. App.— San Antonio Nov. 8, 2017), *aff'd in part and rev'd in part*, No. 17-1048 (Tex. June 28, 2019) *available at* http://www.txcourts.gov/media/1444305/171048.pdf. Now that the Texas Supreme Court has disposed of those cases, we REINSTATE the appeal and request supplemental briefing as to the impact, if any, that these two cases have on the instant appeal. *See* TEX. R. APP. P. 38.7.

Appellants' supplemental brief shall be filed within twenty-one days from the date of this order, and appellee's supplemental brief, if any, shall be filed within fourteen days thereafter. This appeal is ABATED and removed from the Court's active docket until receipt of the requested briefing.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
9th day of July, 2019.

2